JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOKA MANAGEMENT LOS ANGELES, LLC D/B/A CABRA LOS ANGELES, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-CV-04283-AB (GJSx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATING ALL DEADLINES** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **forty-five (45) days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All upcoming dates and deadlines are **VACATED**.

Dated:  August 23, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.